The judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## WARD v. STATE.
### No. 23862.

Court of Criminal Appeals of Texas,
Dec. 17, 1947.

No appearance for appellant.

A. C. Winborn, Crim. Dist. Atty., and E. T. Branch, Asst. Crim. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary at nighttime. The penalty assessed is confinement in the state penitentiary for a term of 25 years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

## THOMPSON v. STATE.
### No. 23856.

Court of Criminal Appeals of Texas,
Dec. 17, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Under the formalities required appellant entered a plea of guilty before a jury to the

604

offense of receiving and concealing stolen property exceeding the value of $50.

Notwithstanding the plea of guilty appellant filed a motion for new trial, upon the overruling of which he gave notice of appeal to this court.

The indictment properly charges the offense. The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.